# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

Clifford W. Taylor,
Chief Justice

137271

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 137271
COA: 276059
Saginaw CC: 06-027899-FC

WESLEY LATHAN WILSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 12, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008

_____
Clerk